O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SACR04-126-SVW |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Rivera, Eduardo | ) | |
| Defendant. | ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _background cmty ties unknown due to failure to interview; bail resources unknown; alleged violation conduct, which includes absconding; substance abuse problem_

|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | and/or |
| 4 | B. [X] The defendant has not met his/her burden of establishing by clear and |
| 5 | convincing evidence that he/she is not likely to pose a danger to the safety of any |
| 6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c). This |
| 7 | finding is based on _extensive criminal history record; substance_ |
| 8 | _abuse history. alleged conduct in committing new_ |
| 9 | _offenses while under supervision_ |

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 7/24/13

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2